AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| LYNSEE J. THURSTON | Case No. 09-po-00061-LTM |
| | USM No. |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) ___One, Information___

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 13 and C.R.S. § 42-2-130(1) | Operate Motor Vehicle without a Valid Drivers License | 05/27/2009 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 10.00 | $ 35.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: ___1981___

City and State of Defendant's Residence:
Fruita, CO

10/13/2009
Date of Imposition of Judgment

_/s/ Laird T. Milburn_
Signature of Judge

Laird T. Milburn      Magistrate Judge
Name and Title of Judge

10/16/2009
Date